🏠 🔒 mail.google.com/mail/... 

'Jguer...

16. Irma (sired by Khan) $120,000
17. Iris (sired by Khan) $120,000
18. Mila (sired by Mentos) $70,000

Xanto (aka Lodi) $200k
Barchuck (aka Baker) $200k
Hanz (aka Cypress) $17,000
Boris $15,000
Klaus aka "with toy" $7,000
Gaivani $70,000
Zariza (aka Malibu) $300,000

16 of 3 to 5 month old puppies (all puppies are valued about $7k each)

19, 20, 21 Xantos: 2 males 1 female (sired by Xentos)
22, 23, 24 Zariza's 2 females 1 male
25, 26, 27 Olly's 3 females
28, 29 Martha's big females 2
30, 31 Lacisia's 1 female 1 male
32 Klaus's sister
33, 34 2 Martha's small females
( all puppies have Khan's traced DNA)
35 Klaus aka "with toy"

*Exhibit 2*
*p.1*



Xentos)
22, 23, 24 Zariza's 2 females 1 male
25, 26, 27 Olly's 3 females
28, 29 Martha's big females 2
30, 31 Lacisia's 1 female 1 male
32 Klaus's sister
33, 34 2 Martha's small females
( all puppies have Khan's traced DNA)
35 Klaus aka "with toy "


Xanto 981189900103
991001002561642
> 991001002561648
>Milla 807035000001208
>Varati 807010000011033
> Pish 807050000022069
> Galvin 939000001888159
> Iris 991001002561648
> Zariza 991001002561642
Barchuk 991001002504002
Wolgang 991001002539?1
Boris 991001002503999
Irma 991001002561644
Xina 991001002504013
Herta 991001002561654
Marta 991001002561635

Exhibit 2
p. 2



'Levine'

conditions the dogs enjoy.
Please see http://vonmarkgraigermanshepherds.us

Please be informed we request that you allow Ms. Zorikova to put up the dogs as early as tomorrow Thursday.

We further request that you not sell or place and of the dogs or puppies and take care of the pregnant dog that was in labor.

If you have any questions, please contact me. I left a similar message on your voicemail.

John Levine, Esq.
Cell: 310-985-9852



Sent from my iPhone



**Vanda Dae**


**Vanda Dae**


**Christy Mirabal**

*Exhibit 1*
*p. 5*



'Levine'

LevineLaw

⚠ **Why is this message in Spam?** It's similar to messages that were detected by our spam filters.

Dear Snarl,

My client, Alla Zorikova, has been informed that your organization picked up 14+ German Shepherd dogs + 14 puppies from a location in Barstow, CA sometime in the last few days.

This was all the result of a false reporting of animal cruelty that has upended Ms. Zorikova's life in the last few days and will likely impact going forward. For your information, no charges were ever filed against Ms. Zorikova and we are treating as a false arrest.

You can review her website that shows the good conditions the dogs enjoy.
Please see ——://snarlpsfgermanshepherds.us

Please be informed we request that you allow Ms. Zorikova to put up the dogs as early as tomorrow Thursday.

We further request that you not sell or place and of the

*Exhibit 1*
*p. 4*

# Re: Demand to Return 7 Dogs Shown on Vegas Shepherd Rescue Website + Facebook and to Not Sell, Transfer, Give away and/or Harm, Spay or Neuter.



От  **LevineLaw** <levinelaw2@yahoo.com>

14 Сентября 2020, 16:28   Подробнее ▼

Please send me screenshots showing her email

Sent from my iPhone

> On Sep 14, 2020, at 1:54 PM, olivia car <olivia.car@mail.ru> wrote:
>
> Had you emailed the same to Tammy?
> I have her email
>
> Понедельник, 14 сентября 2020, 22:31 +03:00 от John Levine <levinelaw2@yahoo.com>:
>
>> FYI
>>
>> ---- Forwarded Message ----
>> **From:** Gina Bongiovi <gina@bongiovilaw.com>
>> **To:** John Levine <levinelaw2@yahoo.com>
>> **Sent:** Monday, September 14, 2020, 12:10:43 PM PDT
>> **Subject:** Re: Demand to Return 7 Dogs Shown on Vegas Shepherd Rescue Website + Facebook and to Not Sell, Transfer, Give away and/or Harm, Spay or Neuter.
>>
>> Good afternoon, John.
>>
>> To be clear, my office serves only as registered agent for the rescue, which in no way authorizes me to act on behalf of the entity. We are not the organization's counsel. I have passed along your message to the organization.
>>
>> Gina Bongiovi
>>
>> Managing Partner at
>>
>> A 1600 Regatta Drive, Suite 102 Las Vegas, NV 89128 P 702.485.1200
>> E gina@bongiovilaw.com W bongiovilaw.com
>>
>> Latest Blog: COVID-19 Employer Resources
>>
>> On Sat, Sep 12, 2020 at 1:29 PM John Levine <levinelaw2@yahoo.com> wrote:
>>> Dear Ms. Bongiovi,
>>>
>>> This office represents Alla Zorikova.
>>>
>>> We contact you as the person listed on the Nevada Secretary of State website as authorised to act for Vegas Shepherd Rescue. We are also sending

*Exhibit 1*
*P. 1*

representatives, including Mr. Gish, to recover dogs and damages.

As of yesterday, we were informed that Vegas Shepherd Rescue has seven (7) of her dogs and we contacted them today to seek their return and to demand they not sell, transfer, spay or neuter any of those dogs.

As someone who is involved in animal rescue, we are surprised you would have any objection to these efforts. We have to believe you understand the emotional distress Ms. Zorikova has suffered. In addition, since this is her business, she has suffered substantial economic losses as well since these are all AKC dogs (or equivalent) with personal protection training.

Exhibit D p. 2

**Cease and Desist | Alla Zorikova**

 От: SNARL <contactus@snarllv.org>
13 Августа 2020, 10:10

Подробнее ▼

Hello Alla,

My rescue did not remove any dogs from any property in San Bernardino County. Cease and desist from any further contact with me or anyone else from my rescue. We have referred this matter to our legal counsel Casey Gish. He can be reached at Casey@GishLawFirm.com or 702-583-5883

Thank you,

Chelsea Ward
President and Founder
Southern Nevada Animal Rescue League
www.snarllv.org

Ответить    Ответить всем    Переслать

Exhibit P
P.3

Case 5:20-cv-01876-JGB-SP Document 36 Filed 03/19/21 Page 31 of 44 Page ID #

asked to include an additional person into the phone conversation. Casey Gish got on the phone and identified himself as the attorney for SNARL. Casey Gish works at Law Office of Casey Gish and is a civil attorney.

Gish confirmed knowledge of the stolen dogs. Gish said representatives of SNARL went to an unknown bar in the area of Barstow and met with other animal rescue organizations who were requesting assistance in placing the dogs. Gish confirmed SNARL took about 20 dogs but was not certain on the exact number. The dogs are no longer physically in the care of SNARL. Detective Grimm asked Gish if SNARL had information where the dogs were placed after they took possession. He confirmed SNARL did have that information but he refused to provide any documentation of where the stolen dogs were placed. Gish is compiling a separate investigation and is going to provide his documentation of abuse to the dogs to several government agencies. Detective Grimm requested for Gish to provide him with any information about who contacted him and or facilitated taking possession of the dogs. Gish refused to provide any information in that regard. Gish instructed Moore not to speak with Detective Grimm without him being present. Moore was on the phone during the complete phone interview.

Detective Grimm tried to locate a separate business location for SNARL and during his conversation with Moore and Gish, Gish denied having a rescue center where they house animals. Detective Grimm believes a search of Moore's residence will produce evidence of the theft of the German Shepherds.

Moore provided Detective Grimm with her home address of ███████ Avenue (North Las Vegas, NV 89031) which Detective Grimm was able to also confirm with a records system's check.

WHEREFOR, Affiant requests that a Search Warrant be issued directing a search for and seizure of the aforementioned items at the location set forth herein and authorizing a day time search between the hours of 7:00 a.m. and 7:00 p.

A. Antoniewicz

SUBSCRIBED and SWORN to before me by
A. Antoniewicz this ___ day of September, 2020.

JUDGE

Exhibit 3



From: Christy [mailto:j.christy24@yahoo.com
Sent: Monday, August 17, 2020 2:47 PM
To: Hamrick, Christy <Christy.Hamrick@...
Subject:



Shannon's Post

Shannon Weeks

Just got home from a massive dog rescue!!!! So glad we

Exhibit 6
p. 1



----- Forwarded Message -----
**From:** Hamrick, Christy <christy.hamrick@dph.sbc...>
**To:** levinelaw2@yahoo.com <levinelaw2@yahoo.c...>
**Cc:** Molina, Desiree <desiree.molina@dph.sbc...>
**Sent:** Monday, August 17, 2020, 2:56:48 PM PDT
**Subject:** Hinkley

Hello, here is some screen shots of what was
looks like Vegas Pet Rescue also had a hand
could get license plate information from. Ho[pe this]
help.

Thank you

Christy Hamrick

Lieutenant- Field Services
*Department of Public Health*
Phone: 909-___-___
Fax: 909-387-0___
301 North Mountain View Ave, 3rd floor
San Bernardino, CA, 92415-0___

*Exhibit 6*
*p. 2*



**Shannon Weeks**

Just got home from a massive dog rescue!!!! So glad we went. Saved 23 dogs tonight

61

**Andi Swartz**



Exhibit 6
p. 3



 Jamie Gregory

**do I have any rescue facebook friends out near barstow??? Or if you know of anyone please tag here.
60 pups dumped in desert**

 Jamie Gregory



Exhibit 6
p. 4

This office represents Alla Zorikova.

We contact you as the person listed on the Nevada Secretary of State website as authorised to act for Vegas Shepherd Rescue. We are also sending this same letter through the VSR website.

Ms. Zorikova had a number of German shepherds stolen from her property near Barstow, CA between August 8-11, 2020.

She has informed us the following of her dogs are shown as available on the VSR Facebook and website pages:

    Cypress, Malibu, Lodi, Baker, Berkley and Beacon (dated 8/12). Another dog is unnamed.

For convenience, we attach photos that VSR has posted that are Ms. Zorikova's dogs.

All of these dogs are pedigreed, have microchips and can be DNA tested.

Ms. Zorikova filed a report with the San Bernardino Sheriff (Barstow Station) for these dogs.

We request that you contact the undersigned so she may recover them as soon as possible.

Demand is hereby made that VSR not sell, transfer or give away any of these dogs.

Exhibit 1
p. 6

This office represents Alla Zorikova.

We contact you as the person listed on the Nevada Secretary of State website as authorised to act for Vegas Shepherd Rescue. We are also sending this same letter through the VSR website.

Ms. Zorikova had a number of German shepherds stolen from her property near Barstow, CA between August 8-11, 2020.

She has informed us the following of her dogs are shown as available on the VSR Facebook and website pages:

    Cypress, Malibu, Lodi, Baker, Berkley and Beacon (dated 8/12). Another dog is unnamed.

For convenience, we attach photos that VSR has posted that are Ms. Zorikova's dogs.

All of these dogs are pedigreed, have microchips and can be DNA tested.

Ms. Zorikova filed a report with the San Bernardino Sheriff (Barstow Station) for these dogs.

We request that you contact the undersigned so she may recover them as soon as possible.

**Demand is hereby made that VSR not sell, transfer or give away any of these dogs.**

Exhibit 7
p. 6

| | |
|---|---|
| A20-172252-1 **ASSIST/POLICE** | Priority Level 3    Total Animals 20  Animal Type D |
| Activity Address  LOCKHART RD | RED MOUNTAIN |
| Activity Comment: O-87 87 W/ DEP ALEXANDER. WILL DIRECT TO ADDRESS FOR ASSIST  LOG# BA022 | |

**Caller Information:**

**Result Codes:**
1 RSVLD

| Officer P999067   CHAVEZ | Clerk  B4869 |
|---|---|
| Call Date | 08/08/20  02:02 PM |
| New Date | 08/08/20  02:02 PM |
| Dispatch Date | 08/08/20  02:30 PM |
| Working Date | 08/08/20  04:13 PM |
| Complete Date | 08/08/20  04:21 PM |

Memo:

08/17/20 Myself and O-94 MC with the owner and her daughter. The owner drove us to a Government owned spring where they get their water. She then walked us around the property and showed us all the dogs who all had water and shelter. She stated she picks up left over meat from Barstow Country Butcher daily for the dogs food. The address to the property is 1370 Trump Rd, but it does not com eup on the map yet  I took pictures and put them in O-67 folder. H9045/0-85
8/8/20 O-67 arrived to the call and said all dogs had water and shade. O-67 said all dogs were healthy and normal. He said there were 50+ dogs on the ppty and they all had water and shade in their cages. O-67 said the dog owner was going to be arrested for 597 due to the Deputy's not viewing water and shade. I told O-67 we weren't going to impound the dogs today. I told him to make sure the dogs have water and we will return on 8/9 to ensure the dogs still have water and aren't in distress, we hung up the phone. O-67 called me back asking about under age pups on the ppty  I asked to talk to an Officer on the ppty, the phone was handed to a SGT. I was unable to get his name due to the fact he was so upset we weren't impounding dogs. I listened to him about how he is leaving and didn't care what animal control does or doesn't do. I told O-67 to post the ppty and impound all under age pups that didn't have a mother. I called O-67 back to make sure SO knew ACC wouldn't pay for the cost of the dogs or any of the fees that incur  He put me on the phone with officer Parsons, I explained to her Sherriff Dpt will have to pay for all the cost of the dogs. She went on a rant about how she doesn't care she is only there to uphold her officer oath. I was able to explain to her we were not picking up 50+ dogs today and we would return each day to water and feed to ensure none of them go into distress, until we make arrangements to impound all 50+ dogs. B4869

8/8/20 I M/C with S/O and was able to see many dogs in plain view on property. The dogs were all large G.Sheps were in pins with shade cloth. All the G.sheps had shade and shelter all had little water. None of the dogs appear to be in distress  and all appear to be healthy and normal, S/O and dog owner gave the dogs water. There were 12 pups unknown which of the female dogs was the mother. Per O-89/ O-90 the pups were to be impounded and the property is to be posted for 24 hr abandonment. I posted the front gate, side gate, and the little house/shack @ 16:20 for 48 G- Sheps  per S/O they arrested dog owner for 597 animals in distress.   pic in O-67 folder....c3866

8/9/20 directions to the property, hwy15 north to hwy 58 west, go north on Harper lake Rd for about 6.8 mi  you will then t... [illegible] left on Hoffman Rd till paved rd, at end of paved rd go right for about 4.1 mi at the pole with blue ribbon go left for 0.1 mi ... [illegible] go right for 0.8 mil then left at the red pole the prop will be to your right...c3866

08/09/20 I met with Dep Parson's and we fed and watered the dogs. All of O-87 notices were still up and the dogs were at... [illegible] on the property. I counted at least 53 dogs but they were hiding in the dens so it was hard to get a full count. I posted 7 O... [illegible] over at Hoffman rd X Hoffman Rd and as I drove down Hoffman Rd to Harper Valley Lake rd and there ... [illegible] Dodge Ram 2500 az 9666 with a man and a woman in it followed by a larger white van with German shep stickers on it. I t... [illegible] to talk to them but they would not speak with me and drove East on Hoffman Rd. I did not get the lic plate numbers for the truck but I did get a partial plate on the van. The first 3 letters were "AKC". I was unable to take pictures as my camera wa... [illegible] overheating and not working properly. H9045/0-85

08/11/20 I took pictures and noticed a significant amount of dogs were missing and the chicken was gone. O-55/Stevens counted 26 dogs on the property. We impounded [illegible] Lt Molina noticed goats on the North/East corner side of the property line. I went to go check and there was a m... [illegible] Nigerian dwarf goat tied with a collar and chain to the ground [illegible] dogs and 2 goats where impounded in total. Lt Molina was then leaving the property and a white van with [illegible] stickers and advertising of rescues pulled up. Lt Molina asked why they were there and the woman stated this was the first time she was out here and Lt Molina took down her lic plate which was "AKC GSD" and there was a phone number on the side of the van "909-297-8217"   The woman would not give any more information and drove away. All pictures are in O-67 folder. h9045/0-85

*Exhibits*







Exhibit R p.1



Exhibit 7
p. 2



Exhibit 8